1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  332 North Second Street
   San Jose, California 95112
3  Telephone (408) 298-2000
   Facsimile (408) 298-6046
4  tanya@moorelawfirm.com

5  Attorneys for Plaintiff
   Cecil Shaw

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECIL SHAW,<br><br>    Plaintiff,<br><br>    vs.<br><br>KATHY TRAM, individually and dba DAIRY QUEEN aka DAIRY QUEEN 888, et al.,<br><br>    Defendants. | No. 1:14-cv-00029-LJO-SKO<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ACTION; ORDER** |

WHEREAS, no Defendant has filed an answer or motion for summary judgment;

WHEREAS, Plaintiff and Defendants have settled the matter;

WHEREAS, no counterclaim has been filed;

Plaintiff hereby respectfully requests that this action be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Date: March 28, 2014                MOORE LAW FIRM, P.C.


                                    */s/ Tanya E. Moore*
                                    Tanya E. Moore
                                    Attorneys for Plaintiff
                                    Cecil Shaw

NOTICE OF VOLUNTARY DISMISSAL; [PROPOSED] ORDER

Page 1

**ORDER**

Good cause appearing,

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety. The clerk is directed to close this action.

IT IS SO ORDERED.

Dated:   **March 28, 2014**          /s/ Lawrence J. O'Neill
                                    UNITED STATES DISTRICT JUDGE

NOTICE OF VOLUNTARY DISMISSAL; [PROPOSED] ORDER

Page 2